# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143870

In re GUARDIANSHIP of MARVIN PERNIKOFF

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143870
COA: 304351
Oakland PC: 2009-326059-GA
2009-326060-GA

_____/

On order of the Court, the application for leave to appeal the August 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

p0123